UNITED STATES DISTRICT COURT
OF MARYLAND

JESSICA WHITTINGTON

       Plaintiff,

V.                                                CIVIL ACTION NO

OMIN CREDIT MANAGEMENT, INC.

       Defendant.                                  SEPTEMBER 4, 2015

## COMPLAINT

### I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 D.S.C. § 1692, *et sequi,* known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

### Ill. ALLEGATIONS AS TO PARTIES

3. Plaintiff is a resident of Catonsville, MD.

4. At all times material hereto, Defendant was doing business in Maryland.

5. At all times material hereto, Defendant, was acting like a debt collector with a principal place of business located at 12800 FREDERICK RD., STE. 130, WEST FRIENDSHIP, MD 21794-0000.

6. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempted to collect consumer debts alleged to be due to another in the State of Maryland.

## IV. FACTUAL ALLEGATIONS

7. On June 17, 2015 and prior dates by written communication, Defendant communicated with the Plaintiff for the purpose of collecting monies for a medical debt.

## V. DEFENDANTS' PRACTICES

8. It is or was the policy and practice of Defendant to communicate with Maryland consumers in a manner which was reasonably calculated to confuse or frustrate, or mislead consumers in violation of the FDCPA §1692e.

9. Defendant communicated with the Plaintiff and failed to disclose the principal amount of debt, interest, attorney fees and costs.

10. The Fair Debt Collection Practices Act 15 U.S.C. §1692e (2) (a).

"A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
 (2) The false representation of—
(A) the character, amount, or legal status of any debt.

**A. Unlawful Claim**

11. With respect to the attempt by Defendant to collect the alleged debt as more particularly described above, the conduct of Defendant violated the FDCPA, including but not limited to:

a. The use of false representations, deceptive or misleading representations or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e.

12. As a result of Defendant's' conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

13. Plaintiff is entitled to an award of costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

**WHEREFORE, Plaintiff, an individual, requests judgment be entered in her favor against Defendant for:**

1. Actual and statutory damages pursuant to 15 U.S.C. §1692k;

2. An award of costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k; and

3. Such other and further relief as the Court may deem just and equitable.

        THE PLAINTIFF

        BY/S/<u>Bernard T. Kennedy</u>
        Bernard T. Kennedy, Esquire
        The Kennedy Law Firm
        P.O. Box 673
        Blairsville, GA 30514
        Ph   (443) 607-8901
        Fax (443) 440-6372
        Fed. Bar # Md26843
        bernardtkennedy@yahoo.com